# AFFIDAVIT OF SERVICE

| Case:<br>1:21-CV-02297 | Court:<br>UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK | County:<br>New York, NY | Job:<br>5479854 |
|---|---|---|---|
| Plaintiff / Petitioner:<br>YOUNG SOOK CHO | | Defendant / Respondent:<br>EUN SOOK CHU | |
| Received by:<br>Bergen Lawyer Service LLC | | For:<br>RYAN KIM LAW, P.C. | |
| To be served upon:<br>EUN SOOK CHU | | | |

I, Donglim Shin, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

**Recipient Name / Address:** EUN SOOK CHU, Home: 17 E. HARDWOOD TER., PALISADES PARK, NJ 07650
**Manner of Service:** Authorized, Mar 19, 2021, 9:12 pm EDT
**Documents:** Summons and Complaint

**Additional Comments:**
1) Successful Attempt: Mar 19, 2021, 9:12 pm EDT at Home: 17 E. HARDWOOD TER., PALISADES PARK, NJ 07650 received by EUN SOOK CHU. Age: Around 58 yrs; Ethnicity: Asian American; Gender: Female; Weight: Around 145 lbs; Height: 5'3"; Hair: Black; Eyes: Black;

_____   03/22/2021
Donglim Shin                 Date

Bergen Lawyer Service LLC
4 River Street Ext apt#63
Little Ferry, NJ 07643
2019662616

Subscribed and sworn to before me by the affiant who is personally known to me.

_____
Notary Public

3/22/2024
Date         Commission Expires



JAE MYUNG KIM
NOTARY PUBLIC OF NEW JERSEY
COMMISSION # 50113376
MY COMMISSION EXPIRES 9/24/2024