# Michael Faillace & Associates

Employment and Litigation Attorneys

60 East 42nd Street, Suite 4510
New York, New York 10165

April 9, 2021

**VIA ECF**
Hon. Stewart D. Aaron
United States Magistrate Judge
United States District Court
500 Pearl St.
New York, NY 10007

Application GRANTED. SO ORDERED.
Dated: April 9, 2021

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/9/2021

   Re: Cho v. Chu
      21-cv-2297

Dear Judge Aaron:

  My office represents Defendant in the above-captioned case. I with the consent of the Defendant in this case to respectfully request an extension of twenty-one days in which to answer or otherwise respond to the Complaint currently due April 9, 2021. The reason for this request is that this firm was only retained to represent the Defendant yesterday and will need some time to review the case. This is the first request of its kind.

  We thank the Court for its time and attention to this matter.

           Respectfully Submitted,
           /s
           Clela A. Errington, Esq.
           MICHAEL FAILLACE & ASSOCIATES, P.C.
           *Attorneys for Plaintiff*