UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Young Sook Cho,

                Plaintiff,

-against-

Eun Sook Chu,

                Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/12/2021

1:21-cv-02297 (PGG) (SDA)

ORDER

**STEWART D. AARON, UNITED STATES MAGISTRATE JUDGE:**

    In light of the Court's referral of this action for early mediation (*see* ECF No. 12), it is hereby Ordered that the Initial Pretrial Conference scheduled for May 18, 2021 is adjourned *sine die*. No later than five days after the mediation is complete, the parties shall submit a joint status letter advising the Court of the outcome of the mediation.

**SO ORDERED.**

DATED:     New York, New York
              May 12, 2021

_____
STEWART D. AARON
United States Magistrate Judge