```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/10/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Young Sook Cho,

                Plaintiff,

    -against-

Eun Sook Chu,

                Defendant.

1:21-cv-02297 (PGG) (SDA)

ORDER

**STEWART D. AARON, UNITED STATES MAGISTRATE JUDGE:**

As this action no longer is referred for early mediation (*see* ECF No. 27), it is hereby Ordered that the Initial Pretrial Conference, which had been adjourned *sine die*, is rescheduled for Monday, September 13, 2021, at 3:00 p.m. The parties shall comply with the directions set forth in the Court's April 9, 2021 Order. (*See* ECF No. 9).

SO ORDERED.

DATED:    New York, New York
             August 10, 2021

_____
STEWART D. AARON
United States Magistrate Judge