UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

YOUNG SOOK CHO,

               Plaintiff,

- against -

EUN SOOK CHU, THE ESTATE OF DONG YUN CHU, DYC CORP., 50 WEST EUNSOOK C.K. CORP., 17 HARWOOD LLC, PEE DEE CORP., PEE DEE II CORP., and PEE DEE STEAK HOUSE II CORP.,

               Defendants.

**ORDER**

21 Civ. 2297 (PGG) (SDA)

PAUL G. GARDEPHE, U.S.D.J.:

        The following schedule will apply to Defendants' motion to dismiss:

1. Defendants' motion is due on **November 19, 2021**;

2. Plaintiff's opposition is due on **December 10, 2021**; and

3. Defendants' reply, if any, is due on **December 17, 2021**.

Dated: New York, New York
       October 29, 2021

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge