```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/6/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Young Sook Cho,

                Plaintiff,

    -against-

Eun Sook Chu et al.,

               Defendants.

1:21-cv-02297 (PGG) (SDA)

ORDER

**STEWART D. AARON, UNITED STATES MAGISTRATE JUDGE:**

    Discovery in this action closed on May 31, 2023. (*See* 4/27/2023 Order, ECF No. 61.) No later than June 13, 2023, the parties shall file a joint letter regarding proposed next steps in this action, including whether they would like to participate in a settlement conference.

SO ORDERED.

Dated:    New York, New York
            June 6, 2023

_____
STEWART D. AARON
United States Magistrate Judge