**USDC SDNY**
**DOCUMENT**
**ELECTRONICALLY FILED**
**DOC #:**_____
**DATE FILED:** 9/6/2023

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

Young Sook Cho,

                    **Plaintiff,**

        **-against-**

Eun Sook Chu et al.,

                  **Defendants.**

**1:21-cv-02297 (SDA)**

**ORDER**

**STEWART D. AARON, UNITED STATES MAGISTRATE JUDGE:**

This case contains one or more claims arising under the Fair Labor Standards Act. Following a settlement conference with the undersigned, the parties reached a settlement. The parties thereafter consented to have all proceedings held before me. (ECF No. 69.) In light of the requirements of *Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199 (2d Cir. 2015), the parties must file a joint letter or motion that addresses whether the settlement of their FLSA claims is fair and reasonable.

Any such letter or motion shall be filed by Wednesday, September 20, 2023, and should address the claims and defenses, the defendants' potential monetary exposure and the bases for any such calculations, the strengths and weaknesses of the plaintiffs' case and the defendants' defenses, any other factors that justify the discrepancy between the potential value of plaintiff's claims and the settlement amount, the litigation and negotiation process, as well as any other issues that might be pertinent to the question of whether the settlement is reasonable (for example, the collectability of any judgment if the case went to trial).

The joint letter or motion should also explain the attorney fee arrangement, attach a copy of the retainer agreement, and provide information as to actual attorney's fees expended and

the relevant experience of the attorney(s). Finally, a copy of the settlement agreement itself must

accompany the joint letter or motion.

**SO ORDERED.**

Dated:       New York, New York
               September 6, 2023

_____
STEWART D. AARON
United States Magistrate Judge

2